**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA for the use and benefit of ETHERIDGE ELECTRIC COMPANY, INC.,** | |
| Plaintiff, | Civil Action 7:12-CV-2 (HL) |
| v. | |
| **BATSON-COOK COMPANY, FIDELITY AND DEPOSIT COMPANY OF MARYLAND, SLONE ASSOCIATES, INC., and WESTFIELD INSURANCE COMPANY,** | |
| Defendants. | |

**ORDER**

This case is before the Court on the parties' Consent Motion to Stay Proceedings (Doc. 13). The Motion is granted as follows:

1.      The case is stayed until August 3, 2012 for the parties to engage in mediation or arbitration.

2.      If the case is not resolved, Defendants shall have twenty days from August 3, 2012 to file their responsive pleadings.

3.      The parties are to file a report not later than May 1, 2012 outlining the status of the mediation or arbitration. If the dispute resolution proceedings are not moving forward in what the Court perceives to be a timely manner, the stay in this case may be lifted.

4.     Defendants' Motion to Dismiss or in the alternative Motion to Stay and Compel

Arbitration (Doc. 7) is denied as moot.


        **SO ORDERED**, this the 10th day of February, 2012.


                                        ___*s/ Hugh Lawson*_____
                                        **HUGH LAWSON, SENIOR JUDGE**

mbh

2